UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM P. COLLINS, JR.,

        Plaintiff,

-vs-                                Case No. 6:04-cv-1134-Orl-28DAB

LAKE HELEN L.P.,

        Defendant.

## ORDER

The United States Magistrate Judge has submitted a report recommending that this case, both Plaintiff's Complaint and Defendant's Counterclaim, be dismissed for failure to prosecute.

After an independent *de novo* review of the record in this matter, and consideration of the objections and response filed to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed October 19, 2006 (Doc. No. 116) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    This case, both Plaintiff's Complaint and Defendant's Counterclaim, is **DISMISSED** for failure to prosecute.

3.    All pending motions are denied as moot.

4.    The Clerk is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this __29__ day of November, 2006.

                                                                  _____
                                                                  JOHN ANTOON II
                                                                  United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party