UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM P. COLLINS, JR.,

        Plaintiff,

-vs-                              Case No. 6:04-cv-1134-Orl-28DAB

LAKE HELEN L.P.,

        Defendant.
_____

## ORDER

This case is before the Court on the Motion to Withdraw as Counsel (Doc. No. 151) filed December 6, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by Plaintiff's counsel and the Defendant, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 16, 2008 (Doc. No. 155) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion to Withdraw as Counsel for the Plaintiff by Astrid DeParry is **GRANTED without prejudice** to any remedies Plaintiff may or may not wish to pursue against Ms. DeParry with respect to the representation or termination of the representation and **without prejudice** to consideration by the Court of Ms. DeParry's conduct with respect to issues on remand.

3.	Plaintiff is advised that unless and until substitute counsel appears on his behalf, he is responsible for the prosecution of this action, including adherence to the federal and local rules of procedure and meeting all case management deadlines.

4.	The Court hereby **admonishes** Ms. DeParry for her conduct in this matter.

5.	A monetary sanction is imposed in the total amount of $25,000.00: $10,000.00 is imposed on Plaintiff and $15,000.00 is imposed on Ms. DeParry. The monetary sanctions are to be paid to the Defendant. Plaintiff shall pay his portion within eleven (11) days from the date of this Order; failure to do so will result in the dismissal of this case. If Ms. DeParry fails to timely pay her portion of the sanction, a judgment will be issued against her.

6.	The Clerk is directed to reopen this file and note Ms. DeParry's appearance as an interested person such that she can continue to receive electronic filings for this case. The Clerk is also directed to add the Plaintiff's email address such that he may receive email CMECF notifications for this case only. If Plaintiff has not previously provided his email address to the Clerk, he shall do so immediately.

7.	The trial of this matter will go forward on the Court's May, 2008 trial docket. The Court acknowledges that the parties have filed their joint final pretrial statement. Any motions in limine must be filed no later than April 25, 2008.

8.	Ms. DeParry's request for oral argument (Doc. No. 158) is **DENIED.**

9.	Ms. DeParry's Motion to Strike Untimely Response to Astrid De Parry's Objections To Report and Recommendation (Doc. 160) is **DENIED**. Ms. DeParry is erroneous in her calculations for Defendant's response. See Fed. R. Civ. P. 6.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_16\_\_ day of ~~February~~ April, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party